Dismissed and Memorandum Opinion filed June 18, 2009








Dismissed
and Memorandum Opinion filed June 18, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00485-CR

____________

 

LEONARD WATKINS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
183rd District Court

Harris County, Texas

Trial Court Cause No. 1190210

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea, without an agreed recommendation on punishment, to
possession of less than one gram of cocaine.  On January 12, 2009, the trial
court sentenced appellant to confinement for 90 days in the Harris County
Jail.  No timely motion for new trial was filed.  Appellant=s notice of appeal was not filed
until May 13, 2009.








A
defendant=s notice of appeal must be filed within thirty days after sentence is
imposed when the defendant has not filed a motion for new trial.  See Tex. R. App. P. 26.2(a)(1).  A notice
of appeal that complies with the requirements of Rule 26 is essential to vest
the court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d
208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the appeal. 
Under those circumstances it can take no action other than to dismiss the appeal. 
Id.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Frost. 

Do Not Publish C Tex. R. App. P.
47.2(b).